William W. Mercer
Holland & Hart LLP
401 North 31st Street, Suite 1500 • P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 896-4607
Facsimile: (406) 252-1669
Email: wwmercer@hollandhart.com

Patrick R. Day (*Pro Hac Vice*)
Andrew C. Emrich (*Pro Hac Vice Application Pending*)
Holland & Hart LLP
2515 Warren Avenue, Suite 450
Cheyenne, WY 82001
Telephone: (307) 778-4200
Facsimile: (307) 778-8175
Email: pday@hollandhart.com
       acemrich@hollandhart.com

*Attorneys for Defendant-Intervenors Spring Creek Coal LLC
and Great Northern Properties Limited Partnership*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD OPPER, in his official capacity as Director of the Montana Department of Environmental Quality,<br><br>Defendant, | CV 12-34-H-DLC<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW C. EMRICH |

|  |  |
|---|---|
| **and** | ) |
|  | ) |
| **CROW TRIBE OF INDIANS; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 400; WESTERN ENERGY COMPANY; WESTMORELAND RESOURCES, INC.; SPRING CREEK COAL COMPANY, LLC; NATURAL RESOURCE PARTNERS L.P.; and GREAT NORTHERN PROPERTIES LIMITED PARTNERSHIP,** | ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendant-Intervenors.** | ) |

Pursuant to Local Rule 83.1(d), the undersigned respectfully moves this Court for an order admitting Andrew C. Emrich *pro hac vice* to participate in this case.

I agree to act as local counsel and perform the duties set forth in Local Rule 83.1(d)(5).

Pursuant to Local Rule 83.1(d)(3), attached to this motion is the Affidavit of Andrew C. Emrich.

Dated this 24th day of October, 2012.

                                        /s/ William W. Mercer
                                        William W. Mercer
                                        Holland & Hart LLP
                                        *Attorneys for Defendant-Intervenors Spring Creek Coal LLC and Great Northern Properties Limited Partnership*

5809126_2.DOCX

William W. Mercer
Holland & Hart LLP
401 North 31st Street, Suite 1500 • P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 896-4607
Facsimile: (406) 252-1669
Email: wwmercer@hollandhart.com

Patrick R. Day (*Pro Hac Vice*)
Andrew C. Emrich (*Pro Hac Vice Application Pending*)
Holland & Hart LLP
2515 Warren Avenue, Suite 450
Cheyenne, WY 82001
Telephone: (307) 778-4200
Facsimile: (307) 778-8175
Email: pday@hollandhart.com
acemrich@hollandhart.com

*Attorneys for Defendant-Intervenors Spring Creek Coal LLC
and Great Northern Properties Limited Partnership*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD OPPER, in his official capacity as Director of the Montana Department of Environmental Quality,<br><br>Defendant, | CV 12-34-H-DLC<br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW C. EMRICH |

|  |  |
|---|---|
| and | ) |
|  | ) |
|  | ) |
| **CROW TRIBE OF INDIANS;** | ) |
| **INTERNATIONAL UNION OF** | ) |
| **OPERATING ENGINEERS, LOCAL** | ) |
| **400; WESTERN ENERGY COMPANY;** | ) |
| **WESTMORELAND RESOURCES, INC.;** | ) |
| **SPRING CREEK COAL COMPANY,** | ) |
| **LLC; NATURAL RESOURCE** | ) |
| **PARTNERS L.P.; and GREAT** | ) |
| **NORTHERN PROPERTIES LIMITED** | ) |
| **PARTNERSHIP,** | ) |
|  | ) |
| Defendant-Intervenors. |  |

| STATE OF WYOMING | ) |
|  | ) ss. |
| COUNTY OF LARAMIE | ) |

Andrew C. Emrich, being first duly sworn upon oath, deposes and says:

1. I am one of the attorneys for Defendant-Intervenors Spring Creek Coal LLC, and Great Northern Properties Limited Partnership in this matter.

2. I live and practice in the State of Wyoming. I practice with the firm Holland & Hart LLP, located at 2515 Warren Avenue, Suite 450, Cheyenne, Wyoming 82001.

3. I was admitted to practice in the following courts on the following dates:

| Court | Admission Date |
|---|---|
| Wyoming Supreme Court | May 20, 2006 |

| | |
|---|---|
| U.S. District Court for the District of Wyoming | May 17, 2006 |
| Colorado Supreme Court | October 21, 1996 |
| U.S. District Court for the District of Colorado | October 8, 2008 |
| United States Supreme Court | September 3, 2004 |
| U.S. Court of Appeals for the Ninth Circuit | November 23, 2001 |
| U.S. Court of Appeals for the Tenth Circuit | July 15, 2005 |
| U.S. Court of Appeals for the D. C. Circuit | March 22, 2004 |

4.  I am in good standing and eligible to practice in the above-referenced courts.

5.  I am not currently suspended or disbarred in any other court.

6.  I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d) or (g) or their state equivalent.

7.  I have not made an application for admission *pro hac vice* to this Court within the preceding two years.

8.  I understand that *pro hac vice* admission in this Court would be personal to me only and not the admission of Holland & Hart LLP. I also understand that the Court will hold me fully accountable for the conduct of this litigation.

9.   Montana counsel for Defendant-Intervenors Spring Creek Coal LLC, and Great Northern Properties Limited Partnership in this matter is:

>   William W. Mercer
>   Holland & Hart LLP
>   P.O. Box 639
>   Billings, MT 59103-0639
>   Telephone: (406) 252-2166

10.   Mr. Mercer is a member of the bar of this Court and consents to designation as the attorney and member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers may be served under the terms of L.R. 83.1(d)(5).

11.   I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated this 23rd day of October, 2012.

_____
Andrew C. Emrich

I, Jan M. Kelley, a Notary Public, do hereby certify that on this 23rd day of October, 2012, Andrew C. Emrich personally appeared before me, who, being first duly sworn by me, declared that he read and signed the foregoing Affidavit and that the statements therein contained are true.

In witness whereof, I have hereunto set my hand and seal this 23rd day of October, 2012.

[SEAL]

_Jan M. Kelley_
Notary Public

My Commission Expires: 6/19/2014

5809169_2.DOCX